AUSA

FILED
FEB 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8115

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Rodrigo VELASQUEZ-Cota (1) | 21 U.S.C. § 952 and 960 |
| Monique RUIZ-Montenegro (2) | Importation of a Controlled Substance (Felony) |
| Defendants. | |

The undersigned complainant being duly sworn states:

That on or about February 6, 2008, within the Southern District of California, defendants Rodrigo VELASQUEZ-Cota and Monique RUIZ-Montenegro did knowingly and intentionally import approximately 24.86 kilograms (54.69 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 7th day of February 2008.

Peter C. Lewis
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Rodrigo VELASQUEZ-Cota (1)
Monique RUIZ-Montenegro (2)

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent Russell H. Vensk, Jr., and the interviews of Rodrigo VELASQUEZ-Cota and Monique RUIZ-Montenegro.

On February 6, 2008, at approximately 1700 hours, VELASQUEZ and RUIZ, U.S. citizens, entered the U. S. at the Calexico, CA West Port of Entry (POE) from Mexico. VELASQUEZ was the driver and RUIZ the passenger of a 2005 Dodge Stratus.

In pre-primary, Canine Enforcement Officer (CEO) J. Jones was conducting a roving operation with Narcotic Detector Dog (NDD) and Customs and Border Protection Officer (CBPO) J. Carp. NDD alerted to the presence of contraband concealed within the Stratus and CEO Jones notified CBPO Carp of the alert. VELASQUEZ, RUIZ and the vehicle were escorted to secondary for further inspection.

In secondary, CBPO Carp discovered several packages concealed within the dashboard of the vehicle. CBPO Carp probed one of the packages and extracted a white, powdery substance that field-tested positive for cocaine. The total weight of the packages was 24.86 kilograms (54.69 pounds).

A registration certificate found in the vehicle showed that VELASQUEZ was the registered owner.

RUIZ was advised of her Miranda rights, which she waived and agreed to answer questions without an attorney present. RUIZ stated she knew the vehicle contained controlled substances when it crossed into the U.S. RUIZ stated that VELASQUEZ told her there were controlled substances in the car and that he agreed to pay her $500.00 for her participation in the smuggling venture.