CERTIFICATION OF SERVICE

I, Robert Carriedo, hereby certify to the best of my information and belief that by having e-filed the Defendant's Notice of Motion and Motion to Compel Further Discovery, to Suppress Statements, and For Further Motions. I have caused a copy of same to be served via electronic mail upon the following:

U.S. Attorney CR: efile.dkt.gc1@usdoj.gov,

Dated: April 2, 2008

/s/Robert Carriedo

**Robert Carriedo**, Attorney for
Defendant Rodrigo Veleaquez-Cota