# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

RODRIGO VELASQUEZ - COTA (1)

CASE NUMBER 08CR614-L

ABSTRACT OF ORDER

Booking No. 05967298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/10/8

the Court entered the following order:

X Defendant be released from custody. AS TO THIS CASE ONLY!

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $___ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ___ years.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:

___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

X Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. Charges Pending in 08CR1073-L

Leo S. Papas

UNITED STATES MAGISTRATE JUDGE

OR

Received ___
DUSM

W. SAMUEL HAMRICK, JR. Clerk
by J. Jaraber
Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY